UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-21411-CIV-KING

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,
and

LIANETTE CAMPOS-SACKLEY,

    Plaintiff-Intervenor,
v.

BAPTIST HEALTH SOUTH FLORIDA, INC., and
DOCTORS HOSTPITAL, INC.,

    Defendants.
_____/

**LIANETTE CAMPOS-SACKLEY'S**
**AMENDED COMPLAINT IN INTERVENTION**

Plaintiff-intervenor, Dr. Lianette Campos-Sackley, files this amended complaint in intervention as a party-plaintiff, and sues Defendants, Baptist Health South Florida, Inc. and Doctors Hospital, Inc. based upon their violation of the Age Discrimination Act and the Florida Civil Rights Act, and in support she says.

**A. PARTIES**

1.    Plaintiff-Intervenor, Dr. Lianette Campos-Sackley, ("Dr. Campos-Sackley") is an individual residing in Miami-Dade County, Florida.

2.    Plaintiff, Equal Employment Opportunity Commission, ("EEOC"), sued Defendants, Baptist Health South Florida, Inc. and Doctors Hospital, Inc., (hereinafter collectively referred to as "Defendants"), as authorized by Section 107(a) of the Americans with Disabilities Act of

1

1990, ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §2000e-5(f)(1) and (3) and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

3. Doctors Hospital, Inc. ("Doctors") is a medical facility owned, operated, and/or managed by Baptist Health South Florida, Inc. ("Baptist").

4. Defendants are employers within the meaning of ADA and the Florida Civil Rights Act, as amended, ("FCRA").

5. Defendants employed Dr. Campos-Sackley as a General Medical Practitioner from about November 22, 2010 through about January 19, 2011.

## B. EEOC'S LAWSUIT

6. EEOC has sued Defendants for their violations of the ADA. Specifically, EEOC alleges that Defendants unlawfully terminated Dr. Campos-Sackley's employment because she requested a reasonable accommodation of a schedule modification based on her disability, epilepsy, in violation of Section 102 of Title I of the Americans with Disabilities Act, 42 U.S.C. § 12112 as amended.

## C. INTERVENOR'S CLAIMS

7. On July, 19, 2011, Dr. Campos-Sackley, timely filed a Charge of Discrimination, ("Charge"), with the EEOC and the Florida Commission on Human Relations alleging that Defendants discriminated against her because of her disability by not providing her a reasonable accommodation and instead terminating her employment.

8. Dr. Campos-Sackley alleged in her Charge that Defendants violated the ADA, and the FCRA.

9. Dr. Campos-Sackley alleges that Baptist failed to make reasonable accommodations to

her in violation of the ADA and the FCRA when Defendants unlawfully refused her the reasonable accommodations of a schedule modification based on her disability, epilepsy, and instead terminated her employment.

10. EEOC's amended pleading alleges the same claims under the ADA.

11. Dr. Campos-Sackley's claims under the FCRA include the same facts as under the ADA.

12. Dr. Campos-Sackley's claims under the FCRA include, and are based upon, the same questions of law as under the ADA.

13. All conditions precedent to the filing this action have been fulfilled.

### D. DAMAGES

14. Dr. Campos-Sackley has been damaged as a result of Defendants' violations of the ADA and the FCRA.

15. Dr. Campos-Sackley's damages include but are not limited to, lost wages and benefits, mental anguish, emotional distress, humiliation, embarrassment, loss of dignity, loss of enjoyment of life, and the loss of the enjoyment of the full practice her profession.

### E. RELIEF SOUGHT

16. Dr. Campos-Sackley, demands a judgment against Defendants awarding her the following:

   a. Back pay and benefits with prejudgment interest in the amounts to be determined at trial;

   b. Compensatory damages to make her whole for past and future pecuniary losses resulting from Defendants' unlawful employment practices, including but not limited to job search expenses and medical expenses, in the amounts to be

    determined at trial;

c. Front pay;

d. Compensatory damages to make her whole for past and future non-pecuniary damages injuries and losses resulting from Defendants' unlawful employment practices, including but not limited to mental anguish, emotional distress, humiliation, embarrassment, loss if dignity, loss of enjoyment of life, and the loss of the enjoyment of the full practice of her profession, in amounts to be determined at trial;

e. Punitive damages for Defendants' malicious and reckless indifference to her protected rights;

f. Costs, including attorney's fees, pursuant to the 42 USC §12117(a), 42 USC §200e-5(k) and Florida Statute, §760.11(5); and

g. Any further relief that the Court deems appropriate to make Plaintiff-Intervenor whole or as justice requires.

## F. JURY DEMAND

17.    Dr. Campos-Sackley, demands trial by jury.

                                Respectfully submitted,

                      BY:   /s/ Paul F. Penichet
                                Paul F. Penichet
                                FBN. 899380

                                Paul F. Penichet, P.A.
                                Counsel for Dr. Campos-Sackley
                                907 Biscayne Building
                                19 W. Flagler Street
                                Miami, FL 33130
                                Tel. (305) 373-8809
                                Fax. (305) 373-8810
                                paul@penichetlaw.com

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served via ECM/electronic mail on <u>December 13, 2013</u> on all counsel or parties of record on the Service List below.

By:   /s/ Paul F. Penichet
Paul F. Penichet, Esq.
FBN: 0899380

## SERVICE LIST

Aarrin Benatra Golson
U.S. Equal Employment Opportunity Commission
Miami District Office
Miami Tower
100 SE 2nd Street
Suite 1500
Miami, FL 33131
Tel: 305-808-1783
Fax: 305-808-1835
Aarrin.golson@eeo.gov
*Counsel for EEOC*

Eric David Isicoff
isicoff@irlaw.com
Teresa Ragatz
ragatz@irlaw.com
Christopher Michael Yannuzzi
yannuzzi@irlaw.com
Isicoff Ragatz & Koenigsberg
1200 Brickell Avenue
Suite 1900
Miami, FL 33131
*Counsel for Defendant*