UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-CIV-21411-KING

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

and

LIANETTE CAMPOS-SACKLEY,

    Intervenor,

v.

BAPTIST HEALTH SOUTH FLORIDA, INC.,

    Defendants.
_____/

## MEDIATOR'S REPORT

Neil Flaxman, Esq., the undersigned certified Mediator reports to this Honorable Court as follows:

The Mediation was held on the 5th day of February, 2014 at 10:00 a.m. All Parties were present.

An agreement was reached; The case is SETTLED.

Dated this 7th day of February, 2014

                                          */s/ Neil Flaxman*
                                          Neil Flaxman, Esq.
                                          Florida Bar No. 025299
                                          Phone: (305) 810-2786 Fax: (305) 810-2824