IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 13-21411-CIV-KING

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

and

DR. LIANETTE CAMPOS-SACKLEY,

        Plaintiff-Intervenor,

vs.

BAPTIST HEALTH SOUTH FLORIDA,
INC., and DOCTORS HOSPITAL, INC.,

        Defendants.
_____/

### JOINT MOTION FOR APPROVAL OF CONSENT DECREE

Pursuant to Fed. R. Civ. P. 7(b)(1) and 65(d), Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendants Baptist Health South Florida, Inc. and Doctors Hospital, Inc. (collectively "Baptist") respectfully jointly request that the Court approve, and execute, the attached Consent Decree.

1.    EEOC filed this action on April 22, 2013 under Title I of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §12101, *et seq.*, as amended by the Americans with Disabilities Act Amendments Act of 2008 ("ADAAA"), Pub. L. No. 110–325, 122 Stat 3553 (2008) (codified as amended in scattered sections of 42 U.S.C.), and Title I of the Civil Rights Act of 1991, 42 U.S.C. §1981a, to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Dr.

1

Lianette Campos-Sackley ("Dr. Campos-Sackley"), who was adversely affected by such practices. *See* Compl., D.E. # 1. EEOC sought and received approval to file an Amended Complaint and did so on January 16, 2014. *See* Am. Compl., D.E. #24. The Amended Complaint added Doctors Hospital, Inc. as a defendant in this case.

2. Baptist filed its Answer, Defenses, and Affirmative Defenses to the Complaint on May 16, 2013. Baptist filed its Answer and Affirmative Defenses to EEOC's Amended Complaint on January 29, 2014. Baptist denied all allegations. *See* Answer, D.E. # 7, Am. Answer, D.E. #26.

3. On June 12, 2013, Plaintiff-Intervenor Dr. Lianette Campos-Sackley filed her Complaint in Intervention. *See* Pl.-Intervenor Compl., D.E. # 10. On January 15, 2014, Plaintiff-Intervenor filed an Amended Complaint. *See* Pl.-Intervenor Am. Compl., D.E. #23. Baptist filed an Answer, Defenses, and Affirmative Defenses to both the original Intervenor Complaint and the Amended Intervenor Complaint, denying all allegations. *See* D.E. #13, #25.

4. On February 5, 2014, all Parties in this action participated in mediation. *See* D.E. #21.

5. As a result of having engaged in comprehensive settlement negotiations on February 5, 2014, EEOC and Baptist have agreed to resolve this action in the terms reflected in the attached Consent Decree. *See* Exhibit A, attached hereto.

6. The Parties request that the Court approve and execute the attached Consent Decree. The Consent Decree conforms to Fed. R. Civ. P. 65(d) in that it states the reasons why it is issued, provides specific terms that the parties must comply with, and describes in detail the acts restrained and required.

7. Finally, the Court's entry of the Consent Decree will resolve all claims asserted by EEOC in their entirety.[1]

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Court grant this Joint Motion for Approval of Consent Decree and execute the attached Consent Decree.

Date: February 11, 2014

RESPECTFULLY SUBMITTED,

/s/ Kimberly A. McCoy Cruz
Fla. Bar No. 153729
Kimberly.cruz@eeoc.gov

Aarrin B. Golson
Fla. Bar No. 892491
Aarrin.golson@eeoc.gov

Equal Employment Opportunity Commission
100 S.E. 2nd Street, Suite 1500
Miami, Florida 33131
(305) 808-1790
(305) 808-1835 (fax)

/s/ Eric D. Isicoff
Eric D. Isicoff
Fla. Bar No. 372201
Isicoff@irlaw.com

Teresa Ragatz
Fla. Bar No. 545170
Ragatz@irlaw.com

Christopher M. Yannuzzi
Florida Bar No. 0092166
Yannuzzi@irlaw.com

ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue, Suite 1900
Miami, Florida 33131
Tel: (305) 373-3232
Fax: (305) 373-3233

---

[1] As reflected in the Mediator's Report filed with the Court on February 7, 2014 (D.E. #27), Plaintiff-Intervenor also resolved all her claims at the February 5, 2014 mediation. However, because Plaintiff-Intervenor is not a party to the Consent Decree, Plaintiff-Intervenor will separately file a Stipulation for Dismissal as to claims raised in her Amended Complaint in Intervention.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via CM/ECF this 11th day of February, 2014, upon the following:

Paul F. Penichet, Esq.
Paul F. Penichet, P.A.
907 Biscayne Building
19 W. Flagler Street
Miami, FL 33130
paul@penichetlaw.com