UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:13-cv-21411-JLK

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

and

LIANETTE CAMPOS-SACKLEY,

    Intervenor,

vs.

BAPTIST HEALTH SOUTH FLORIDA,
INC., and DOCTORS HOSPITAL, INC.

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Intervenor, Lianette Campos-Sackley, and Defendants, Baptist Health South Florida, Inc. and Doctors Hospital, Inc., by and through their undersigned counsel and pursuant to Rule 41, *Federal Rules of Civil Procedure*, hereby stipulate that this case, as between them, be dismissed with prejudice. Intervenor and Defendants shall bear their own attorneys' fees and costs.

Respectfully submitted,

/s/ Paul F. Penichet                                              /s/ Eric D. Isicoff

| Paul F. Penichet, Esq.<br>Florida Bar No. 899380<br>paul@penichetlaw.com<br><br>**Paul F. Penichet, P.A.**<br>907 Biscayne Building<br>19 W. Flagler Street<br>Miami, Florida 33130<br><br>Attorney for Intervenor | Eric D. Isicoff<br>Florida Bar No. 372201<br>Isicoff@irlaw.com<br>Teresa Ragatz<br>Florida Bar No. 545170<br>Ragatz@irlaw.com<br>Christopher M. Yannuzzi<br>Florida Bar No. 0092166<br>Yannuzzi@irlaw.com<br><br>**Isicoff, Ragatz & Koenigsberg**<br>1200 Brickell Avenue, Suite 1900<br>Miami, Florida 33131<br>Tel.: (305) 373-3232<br>Fax: (305) 373-3233<br><br>Attorneys for Defendants |

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via CM/ECF this 28th day of February, 2014, upon the following:

Aarrin Golson, Esq.
Kimberly A. McCoy-Cruz, Esq.
U.S. Equal Employment Opportunity Commission
Miami District Office
100 S.E. 2nd Street, Suite 1500
Miami, Florida 33131
Aarrin.Golson@eeoc.gov
Kimberly.McCoy-Cruz@eeoc.gov

/s/ Paul F. Penichet                                              /s/ Eric D. Isicoff